**Byron Warnken**

| | |
|---|---|
| **From:** | Marnitta L. King [mlking@kinglaw.org] |
| **Sent:** | Monday, December 20, 2010 2:15 PM |
| **To:** | Byron Warnken |

**Subject:** Re: United States v. Gregory White

I plan to go visit Mr. Whyte this weekend.  I will contact you via email after that visit.  I am prepared to do the sentencing.  I assume he still wants me to handle the same.  Thanks.

Marnitta L. King

--- On **Mon, 12/20/10, Byron Warnken <*Byron.Warnken@warnkenlaw.com*>** wrote:

> From: Byron Warnken <Byron.Warnken@warnkenlaw.com>
> Subject: United States v. Gregory White
> To: mlking@kinglaw.org
> Date: Monday, December 20, 2010, 6:56 AM
>
> Ms. King:
>
>
>        As you know, Judge Bennett scheduled the sentencing of Mr. Whyte for January 5, 2011, at 9:00 a.m.  In your last filing with the Court, you acknowledged that you would be handling Mr. White's sentencing.  Now that the Judge has announced the date and time for that event, please send me an email, again confirming that you will be handling the sentencing.  Thanks.
>
>
> Byron Warnken