Case # 10.-0212                                   1-12-20

JAN 15 2020
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

## Supplement to 404(B) motion

Under recent case U.S. V. Venable 4th Circuit No. 19-6280 Nov 19, 2019. He was arrested for an violation of supervised release, Venable filed for relief under the first step act, the district court denied him saying he was not eligible because his original sentence is completed. He appealed the district court decision, the appeals court reversed the district court ruling stating Venable is eligible for relief under first step act, because supervised release is part of his original sentence.

My case is as same as Venable. I was given a violation of supervised release as well as a knew sentence. Under the first step act I'm entitle to receive the retroactive (7) days for my (1992) sentence of 188 months. Because Venable was given relief by the courts of the 4th Circuit, the BOP stated I had to go to the courts to receive my good time credit. I plead with this honorable court if you award me the good days could you expedite, because I'm eligible for halfway house immediately. As I stated in my 404 motion, I have an job waiting for me. I pray this court give me any kind of relief.

sincerely,
Gregory Whyte